NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

1  WRIGHT, FINLAY & ZAK, LLP
2  Jonathan M. Zak, Esq., SBN 121592
   Loren W. Coe, Esq., SBN 273124
3  4665 MacArthur Court, Suite 280
4  Newport Beach, CA  92660
   (949) 477-5050; Fax: (949) 477-9200
5  jzak@wrightlegal.net; lcoe@wrightlegal.net
6
7  Attorneys for Defendant,
   SAXON MORTGAGE SERVICES, INC.
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| DERRIN SEPPINNI and JAYNE SEPPINNI, | Case No.:  SACV11-01818 DOC (RNBx) |
| Plaintiffs, | *The Honorable David O. Carter* |
| vs. | **JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| SAXON MORTGAGE SERVICES, INC. | |
| Defendants. | |

///

///

///

1

Judgment

1    **TO THE HONORABLE COURT AND TO ALL PARTIES AND**
2    **THEIR ATTORNEYS OF RECORD:**
3       **PLEASE TAKE NOTICE** that on January 3, 2012, the Court issued an
4    order Granting Defendant's Motion to Dismiss Plaintiffs' Complaint.
5       Plaintiff's Complaint is dismissed without prejudice.  Any amended
6    complaint must be filed by February 21, 2012.

10   Date: February 6, 2012                    *David O. Carter*
                                               The Honorable US District Court Judge
11                                             David O. Carter