WRIGHT, FINLAY & ZAK, LLP
Jonathan M. Zak, Esq., SBN 121592
Loren W. Coe, Esq., SBN 273124
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
jzak@wrightlegal.net; lcoe@wrightlegal.net

Attorneys for Defendant,
SAXON MORTGAGE SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION**

| | |
|---|---|
| DERRIN SEPPINNI and JAYNE SEPPINNI,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC.<br><br>Defendants. | Case No.: SACV11-01818 DOC (RNBx)<br><br>*The Honorable David O. Carter*<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On January 3, 2012, the Court issued an order granting Defendant's Motion to Dismiss Plaintiff's Complaint. On February 6, 2012, the Court executed a Judgment of Dismissal Without Prejudice and instructed Plaintiff to file an amended complaint by February 21, 2012. To date, Plaintiff has not filed an amended complaint.

Based upon the foregoing, the Complaint is dismissed with prejudice and Judgment of Dismissal, with prejudice, is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Date: April 4, 2012

David O. Carter

The Honorable US District Court Judge
David O. Carter